UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CENTRAL BOAT RENTALS, INC.** | * | Civil Action No.: |
| | * | |
| **VERSUS** | * | Section "  " |
| | * | |
| | * | |
| **EDWARD E. GILLEN COMPANY** | * | Magistrate |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

### COMPLAINT TO ENFORCE CONSENT JUDGMENT AGAINST EDWARD E. GILLEN COMPANY

NOW INTO COURT, through undersigned counsel, comes Central Boat Rentals, Inc. (hereinafter "CBR"), who with respect represents:

1.

Plaintiff, CBR, is a corporation existing under the laws of the State of Louisiana, with its principal place of business in Berwick, Louisiana.

2.

Defendant, Edward E. Gillen Company (hereinafter "Gillen"), is a corporation organized and existing under the laws of the State of Wisconsin, with its principal place of business in Milwaukee, Wisconsin.

3.

Jurisdiction and venue are proper in this court since there is complete diversity of citizenship of the parties, and the amount in controversy exceeds 75,000.

4.

On or about March 9, 2012, CBR filed a lawsuit entitled "Central Boat Rentals, Inc. v. Edward E. Gillen Company," in the Sixteenth Judicial District Court, Parish of St. Mary, Louisiana, Case Number 124456.

5.

On or about May 23, 2013, Gillen and CBR entered into a Confidential Settlement Agreement wherein the above mentioned lawsuit was settled for $750,000, with interest at the Louisiana legal rate from 3/18/13 until paid.

6.

On May 31, 2013, a Consent Judgment was signed by St. Mary Parish Judge, Vincent J. Borne, confirming the settlement and ordering a judgment in favor of CBR for $750,000. (See Consent Judgment attached as Exhibit A).

7.

The Consent Judgment was recorded in the St. Mary Parish court records on 5/31/2013 in book 1365, page 157, file number 319012.   (See attached recording attached as Exhibit B).

8.

To date, Gillen has not satisfied the judgment.

9.

Accordingly, CBR prays that this Honorable Court issue an order enforcing the Consent Judgment.

**WHEREFORE**, the premises considered, plaintiff Central Boat Rentals, Inc. prays:

1. That Edward E. Gillen Company be served with a copy of this Complaint and a summons, directing that it fully answer the allegations made herein;

2. That, after due proceedings, judgment be entered in CBR's favor and against Gillen;

3. That CBR be awarded damages against Gillen, including, without limitation, damages in the amount of SEVEN HUNDRED FIFTY THOUSAND AND NO/100 ($750,000.00) DOLLARS, together with interest, attorneys' fees, and costs; and

4. That CBR be awarded such other relief as it is entitled to receive.

    Respectfully submitted,

    HARRIS & RUFTY, L.L.C.

    __/s/ Rufus C. Harris, III_____
    RUFUS C. HARRIS, III (#6638)
    ALFRED J. RUFTY, III (#19990)
    CINDY GALPIN MARTIN (#25159)
    JILL S. WILLHOFT (#28990)
    650 Poydras Street, Suite 2710
    New Orleans, Louisiana 70130
    Telephone: (504) 525-7500
    Attorneys for Central Boat Rentals, Inc.

PLEASE SERVE:

Edward E. Gillen Company
Through the Louisiana Secretary of State