UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CENTRAL BOAT RENTALS, INC.<br><br>VERSUS<br><br>EDWARD E. GILLEN COMPANY | CIVIL ACTION NO. 2:14-cv-00694-EEF-JCW<br><br>SECTION L<br>Judge Eldon E. Fallon<br><br>DIVISION 2<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

ANSWER OF EDWARD E. GILLEN COMPANY TO COMPLAINT

NOW INTO COURT, through undersigned counsel, comes defendant, Edward E. Gillen Company ("Gillen") and, in answer to the Complaint to Enforce Consent Judgment Against Edward E. Gillen Company ("Complaint") filed by Central Boat Rentals, Inc. ("CBR") avers as follows:

First Defense

Upon information and belief, this Court lacks subject matter jurisdiction over this matter.

Second Defense

The Complaint fails to state a cause of action upon which relief can be granted.

Third Defense

Answering separately the numbered paragraphs of the Complaint, Gillen avers:

1.

The allegations of paragraph 1 of the Complaint are denied for lack of sufficient information to justify a reasonable belief as to the truth of the matters asserted therein.

2.

The allegations of paragraph 2 of the Complaint are denied except to admit that Gillen is a corporation organized and existing under the laws of the State of Wisconsin.

3.

The allegations of paragraph 3 of the Complaint state legal conclusions to which no response is necessary, but if an answer is required, said allegations are denied.

4.

The allegations of paragraph 4 of the Complaint are admitted.

5.

The allegations of paragraph 5 of the Complaint are denied except to admit that Gillen and CBR entered into a Confidential Settlement Agreement ("Agreement") and, to the extent paragraph 5 alleges a legal interpretation of the Agreement, Gillen submits the Agreement speaks for itself.

6.

The allegations of paragraph 6 of the Complaint are denied except to admit that Gillen and CBR entered into a Confidential Settlement Agreement ("Agreement") and, to the extent paragraph 6 alleges a legal interpretation of the Agreement, Gillen submits the Agreement speaks for itself.

7.

The allegations of paragraph 7 of the Complaint are denied for lack of sufficient information to justify a reasonable belief as to the truth of the matters asserted therein.

8.

The allegations of paragraph 8 of the Complaint are admitted.

9.

Gillen submits that no answer is necessary with respect to the allegations of paragraph 9 of the Complaint but, if a response is required, said allegations are denied and there should be judgment in favor of defendant and against plaintiff.

Fourth Defense

Upon information and belief, the Complaint should be dismissed on the grounds of waiver, estoppel and/or comparative fault.

Fifth Defense

Plaintiff has breached the Agreement and/or its duty of good faith dealing in failing to pursue certain other remedies as required by the Agreement.

Sixth Defense

Gillen is entitled to a setoff of any and all recoveries that plaintiff has, will or should recover from other parties in other proceedings.

WHEREFORE, Edward E. Gillen Company prayers that, after due proceedings had, there be judgment in its favor, and against plaintiff, Central Boat Rentals, Inc., dismissing plaintiff's Complaint, with prejudice, and for all other remedies that the justice of the cause may require.

RESPECTFULLY SUBMITTED, this 9th day of February, 2015.

THE MILLER LAW FIRM,
PADUCAH – NEW ORLEANS, PLLC

 */s/ Kent B. Ryan*
Kent B. Ryan (#18418)
Stephanie D. Skinner (#2110)
Allan C. Crane (#23700)
365 Canal Street, Suite 860
New Orleans, LA 70130
Tele: (504) 684-5044
Fax: (866) 578-2230

Email: kryan@millerlaw-firm.com
sskinner@millerlaw-firm.com
acrane@millerlaw-firm.com

Attorneys for defendant,
Edward E. Gillen Company

CERTIFICATE OF SERVICE

I hereby certify that on this  9th  day of February, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those listed below who are on the list to receive e-mail notices for this case, having enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

Mr. Rufus C. Harris, III
Mr. Alfred J. Rufty, III
Ms. Cindy Galpin Martin
Ms. Jill S. Willhoft
HARRIS & RUFTY, LLC
650 Poydras Street, Suite 2710
New Orleans, LA 70130

*/s/ Kent B. Ryan*