# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CENTRAL BOAT RENTALS, INC.** | * | Civil Action No.: 14-694 |
| **VERSUS** | * | Section "L" |
| **EDWARD E. GILLEN COMPANY** | * | Magistrate "2" |

******************************************

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW COMES** plaintiff, Central Boat Rentals, Inc., and maintains that there is no genuine issue of material fact concerning the following points:

1. A Settlement Agreement was entered into between Plaintiff and Defendant on or about May 23, 2013.

2. Under the terms of the agreement, Defendant was to pay Plaintiff $750,000 with interest at a Louisiana legal rate from 3/18/13 until paid, and attorneys fees and costs in the event of enforcement of the agreement.

3. Judgment was granted by Judge Vincent Borne ordering Defendant to pay Plaintiff pursuant to the settlement agreement.

4. Defendant has failed to pay Plaintiff pursuant to the settlement agreement

and/or the court order issued by Judge Vincent Borne.

5. Plaintiff has hired Harris & Rufty, LLC to represent them in recovering the amounts due and owing, and attorneys' fees and costs have been incurred as a result.

Respectfully submitted,

/S/ JILL S. WILLHOFT
RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, III (#19990)
JILL S. WILLHOFT (#28990)
CINDY G. MARTIN (#25159)
HARRIS & RUNTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Attorneys for Central Boat Rentals, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via telefax or electronic means, including ECF, this 19th day of June, 2015.

/S/ JILL S. WILLHOFT
JILL S. WILLHOFT