UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CENTRAL BOAT RENTALS, INC.<br><br>VERSUS<br><br>EDWARD E. GILLEN COMPANY | CIVIL ACTION NO. 2:14-cv-00694-EEF-JCW<br><br>SECTION L<br>Judge Eldon E. Fallon<br><br>DIVISION 2<br>Magistrate Judge Joseph C. Wilkinson, Jr. |

EDWARD E. GILLEN COMPANY'S RESPONSE TO
STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW COMES, defendant, Edward E. Gillen Company ("Gillen"), in response to the Statement of Uncontested Material Facts submitted by Central Boat Rentals, Inc. ("CBR"), as set forth below. Any facts admitted herein are admitted solely for the purposes of the Court's review of CBR's Motion for Summary Judgment and Gillen reserves the right to dispute any of the following facts and subsequent pleadings, proceedings, or trial.

1. A Settlement Agreement was entered into between Plaintiff and Defendant on or about May 23, 2013.

    **RESPONSE:**

    Admitted.

2. Under the terms of the agreement, Defendant was to pay Plaintiff $750,000 with interest at a Louisiana legal rate from 3/18/13 until paid, and attorneys fees and costs in the event of enforcement of the agreement.

    **RESPONSE:**

    Admitted.

3. Judgment was granted by Judge Vincent Borne ordering Defendant to pay Plaintiff pursuant to the settlement agreement.

**RESPONSE:**

Admitted.

4. Defendant has failed to pay Plaintiff pursuant to the settlement agreement and/or the court order issued by Judge Vincent Borne.

**RESPONSE:**

Denied. However, Gillen admits that no payments have been made to date to CBR.

5. Plaintiff has hired Harris & Rufty, LLC to represent them in recovering the amounts due and owing, and attorneys' fees and costs have been incurred as a result.

**RESPONSE:**

Admitted to the extent that Harris & Rufty, LLC have represented CBR in these proceedings as well as those pending in and or before Judge Vincent Borne.

RESPECTFULLY SUBMITTED this 25th day of August, 2015.

                THE MILLER LAW FIRM,
                PADUCAH – NEW ORLEANS, PLLC

                /s/ Kent B. Ryan
                Kent B. Ryan (LA #18418)
                Stephanie D. Skinner (LA #21100)
                Allan C. Crane (LA #23700)
                365 Canal Street, Suite 860
                New Orleans, LA 70130
                Tele:   (504) 684-5044
                Fax:   (866) 578-2230
                Email: kryan@millerlaw-firm.com
                        sskinner@millerlaw-firm.com
                        acrane@millerlaw-firm.com

and

        HALLOIN & MURDOCK, S.C.
        Charles David Schmidt (WI #1030914)
        839 North Jefferson Street, Suite 503
        Milwaukee, WI 53202
        Tele:   (414) 732-2424
        Fax:   (414) 732-2422
        Email: cschmidt@halloinmurdock.com

        Attorneys for defendant,
        Edward E. Gillen Company

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of August, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF.

        */s/ Kent B. Ryan*