**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CENTRAL BOAT RENTALS, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **No. 14-694** |
| | * | |
| **EDWARD E. GILLEN COMPANY** | * | **SECTION "L" (2)** |

**ORDER**

Before the Court is Plaintiff's Motion for Summary Judgment (Rec. Doc. 14). The Court has reviewed the briefs and applicable law and now issues this order.

**I.     BACKGROUND**

On or about March 9, 2012, Central Boat Rentals, Inc. ("CBR") filed suit against Defendant Edward E. Gillen Company ("Gillen") in the 16th Judicial District Court for the Parish of St. Mary. To settle this state court claim, CBR and Gillen entered into a Settlement Agreement on May 23, 2013. Under the terms of the Settlement Agreement, Gillen was to pay CBR $750,000, with interest at the Louisiana legal rate from 3/18/13 until paid, and attorneys' fees and costs in the event of enforcement. Judgment was granted by Judge Vincent Borne ordering Gillen to pay CBR pursuant to the Settlement Agreement. To date, Gillen has made no payments to CBR. CBR hired Harris and Rufty, LLC to represent them in recovering the amounts due.

**II.     PRESENT MOTION**

CBR instituted this action by filing a "Complaint to enforce Consent Judgment against Edward E. Gillen Company." (Rec. Doc. 1). The relief sought in the Complaint is "an Order enforcing the Consent Judgment." *Id.* CBR then filed the instant motion, seeking enforcement

the Settlement Agreement and that a judgment be issued in favor of Plaintiff and against Defendant for $750,000, with interest, and reasonable attorneys' fees and costs.  CBR contends that summary judgment in its favor is warranted as a matter of law because Gillen cannot put forth any evidence that CBR is not due and owed the amount in question.  While that may be true, seeking to enforce a Settlement Agreement—that is already the subject of a state court judgment—by filing a complaint and a subsequent motion for summary judgment in federal court is improper or at least premature.  The appropriate action for CBR is to pursue its state court judgment via state court remedies.

Accordingly, **IT IS ORDERED** that CBR's Motion for Summary Judgment (Rec. Doc. 24) is **DENIED**.

UNITED STATES DISTRICT JUDGE